# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———————

No. 25-3282

———————

JESSICA LYNNE DAVIS, Appellant

VS.

FOUNDATION TITLE LLC; ET AL.

———————————————————

(D.C. Civil No. 1:24-cv-11409)

———————————————————

SUR PETITION FOR REHEARING

Present: CHAGARES, Chief Judge, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE, and MASCOTT, Circuit Judges

The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the the Court en banc, is denied.

BY THE COURT,

s/ David J. Porter
Circuit Judge

Dated:       July 20, 2026

CND/cc:     Jessica Lynne Davis
            All Counsel of Record